UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DILLON J. SUS,

    Plaintiff,

Case No. 14-C-742

and

STATE OF WISCONSIN DEPARTMENT OF
HEALTH SERVICES, UNITED HEALTHCARE
OF WISCONSIN, INCORPORATED and
GOLDEN RULE INSURANCE COMPANY,

    Involuntary Plaintiffs,

v.

AUDI OF AMERICA, INCORPORATED,
ABC INSURANCE COMPANY, VOLKSWAGEN
GROUP OF AMERICA, INCORPORATED,
DEF INSURANCE COMPANY, AUDI
AKTIENGESELLSCHAFT and VOLKSWAGEN
AKTIENGESELLSCHAFT,

    Defendants.

## ORDER DENYING MOTION FOR PROTECTIVE ORDER

The parties have submitted a stipulation for a protective order in the above matter. The proposed Protective Order fails to take cognisance of the fact that no documents filed with the Court will be sealed absent a showing of good cause. The agreement of the parties to maintain documents under seal is not sufficient. *See Union Oil Co. v. Leavell*, 220 F3d 562 (7th Cir. 2000.)

In addition, the proposed order contemplates the parties removing from the Court file documents that have been designated confidential after the termination of the litigation. This would

also seem to be a violation of *Leavell* and the requirement that courts operate in public. Accordingly, the stipulated motion for a protective order is **DENIED**.

**SO ORDERED** this   25th   day of February, 2015.

BY THE COURT:

s/ William C. Griesbach
WILLIAM C. GRIESBACH, Chief Judge
United States District Court